IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA



FILED
JUN 9 1999
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST.
BY _____ DEPUTY

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. CIV-97-1998-L |
| P & P MARKETING OF OKLAHOMA CITY, INC., | ) ) ) | |
| Defendant. | ) ) | |
| and | ) ) | |
| NIKKI OCHS and BRANDI JOHNSON, | ) ) ) | |
| Intervenors, | ) ) | |
| v. | ) ) | |
| P&P MARKETING OF OKLAHOMA CITY, INC., LOUIS PLUMBTREE, | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the Order issued this date, judgment is hereby entered in favor of plaintiff, the Equal Employment Opportunity Commission, and against defendant, P & P Marketing of Oklahoma City, Inc.

In addition, judgment is hereby entered in favor of intervenor Nikki Ochs and against defendant P & P Marketing of Oklahoma City, Inc. in the amount of $1,578.00, together with interest thereon from this date until paid at the rate allowed by law. Judgment is also entered in favor of

intervenor Nikki Ochs and against defendants P & P Marketing of Oklahoma City, Inc. and Louis Plumbtree, jointly and severally, in the amount of $20,000.00, together with interest thereon from this date until paid at the rate allowed by law.

In addition, judgment is entered in favor of intervenor Brandi Johnson and against defendant P & P Marketing of Oklahoma City, Inc. in the amount of $4,526.25, together with interest thereon from this date until paid at the rate allowed by law. Judgment is also entered in favor of intervenor Brandi Johnson and against defendants P & P Marketing of Oklahoma City, Inc. and Louis Plumbtree, jointly and severally, in the amount of $25,000.00, together with interest thereon from this date until paid at the rate allowed by law.

Entered this 7 day of June, 1999.

*Tim Leonard*
TIM LEONARD
United States District Judge

ENTERED ON JUDGMENT DOCKET ON

6-9-99