IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**

MAR 2 3 2000

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. CIV-97-1998-L ) |
| P & P MARKETING OF OKLAHOMA CITY, INC., | ) ) ) |
| Defendant. | ) ) |
| and | ) ) |
| NIKKI OCHS and BRANDI JOHNSON, | ) ) ) |
| Intervenors, | ) ) ) |
| v. | ) ) |
| P&P MARKETING OF OKLAHOMA CITY, INC., LOUIS PLUMBTREE, | ) ) ) |
| Defendants. | ) |

**DOCKETED**

## JUDGMENT

Pursuant to the Order issued this date, judgment is hereby entered in favor of Intervenors Nikki Ochs and Brandi Johnson and against defendant P&P Marketing of Oklahoma City, Inc. in the amount of $39,331.25 in attorney's fees and $1,213.84 in expenses, together with interest thereon at the rate allowed by law from this date until paid.

Entered this 23rd day of March, 2000.

_____
TIM LEONARD
United States District Judge

ENTERED ON JUDGMENT DOCKET ON MAR 2 3 2000

89